IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL KARP and LINDA KARP,

    Plaintiffs,

v.

DANA JENKINS and CIS EXPRESS, LLC,

    Defendants.

No. 4:18-CV-02282

(Judge Brann)

## ORDER

**AND NOW**, this 4th day of November 2020, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiffs' Motion for Default Judgment (Doc. 25) is **GRANTED**.

   a. Plaintiffs have stated a claim as to the following Counts: 1, 3, 6, 8, 10, and 13.

   b. Plaintiffs have not stated a claim under Counts 4, 5, 7, 11, 12, and 14.

   c. Counts 2 and 9 seek punitive damages against Jenkins and will be addressed in a future proceeding.

2. As neither Defendant has yet filed a responsive pleading, Plaintiffs have the opportunity to file an amended pleading as of right, or they can proceed to the issue of damages on the surviving counts. Should

- 2 -

      Plaintiffs wish to file an amended complaint, they are instructed to do so by November 25, 2020.  In the interim, the Court will schedule a telephonic conference with Plaintiffs to inquire as to their intentions.

3. The Clerk of Court is directed to mail a copy of the Memorandum Opinion and the Order to Defendants at their addresses listed in the executed Summonses (Documents 19 and 23).

                                         BY THE COURT:

                                         *s/ Matthew W. Brann*
                                         Matthew W. Brann
                                         United States District Judge