IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL KARP, *et al.*,

    Plaintiffs,

v.

DANA JENKINS, *et al.*,

    Defendants.

No. 4:18-CV-02282

(Chief Judge Brann)

## ORDER

### DECEMBER 1, 2021

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiffs' Third Motion for Default Judgment (Doc. 38) is **GRANTED** in part;

    a. Default Judgment is granted as to Counts 1, 3, 4, 5, 8, 9, 10, 11, 13, 14, 15, 18, 19, and 20.

    b. The Court withholds judgment as to Counts 2, 6, 7, 12, 16, and 17 seeking punitive damages, which will be addressed in a future proceeding.

2. The Clerk of Court is directed to mail a copy of the Memorandum Opinion and Order to Defendants at their addresses listed in the executed Summonses (Docs. 36, 37); and

- 2 -

3. A telephonic conference call shall be scheduled by separate Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge