IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL KARP, *et al.*, | No. 4:18-CV-02282 |
| Plaintiffs, | (Chief Judge Brann) |
| v. | |
| DANA JENKINS, *et al.*, | |
| Defendants. | |

### ORDER

**AND NOW**, this 11th day of April 2022, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff Michael Karp is awarded compensatory damages of $630,000.

2. Plaintiff Linda Karp is awarded compensatory damages of $10,000.

3. Plaintiff Michael Karp is awarded punitive damages of $1,000.

4. Plaintiff Linda Karp is awarded punitive damages of $1,000.

5. Defendants Dana Jenkins and CIS Express, LLC, are jointly and severally liable for the damages awards above.

6. Judgment is entered in favor of Plaintiffs Michael and Linda Karp and against Defendants Dana Jenkins and CIS Express, LLC.

7. The Clerk of Court is directed to close the case file.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge