UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL KARP, et al., | : | No. 4:18-CV-2282 |
| | : | |
| Plaintiffs, | : | (Judge Brann) |
| | : | |
| vs. | : | |
| | : | |
| DANA JENKINS, et al., | : | |
| | : | |
| Defendants. | : | |

## JUDGMENT IN A CIVIL ACTION

The Court has ordered that (check one):

\_\_\_ the plaintiff _____ recover from the defendant _____ the amount of $_____dollars ($          ), which includes prejudgment interest at the rate of _____percent, plus post judgment interest at the rate of _____ per annum, along with costs.

\_\_\_ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant _____ recovery costs from the plaintiff _____.

 **X**   OTHER: final judgment is entered in favor of Plaintiffs Michael and Linda Karp and against Defendants Dana Jenkins and CIS Express, LLC.

This action was:

\_\_\_\_ tried by a jury with Judge _____presiding   and the jury has rendered a verdict.
\_\_\_\_ tried by Judge _____ without a jury and the above decision was reached.
 **X**   decided by Judge Matthew W. Brann pursuant to 4/11/2022 Memorandum Opinion and Order dated 4/11/2022.


Dated: 4/11/2022          Peter Welsh, Clerk of Court
                                      By: s/Lisa A. Gonsalves, deputy